**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia**
**Norfolk Division**

| | |
|---|---|
| In re: Tory Heath Hester | Case No. 15-72418-FJS |
| Etoy Antonnette Hester | Chapter 13 |
| Debtors | |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

Counsel for the Debtors, Tory Heath Hester and Etoy Antonnette Hester, has filed a Motion to Withdraw as Counsel, asking that the Court permit the Boleman Law Firm, P.C., and its lawyers to withdraw as counsel of record in this case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you want to be heard on this matter, then no later than twenty-one (21) days from the date of this Notice, you must:

File with the court, at the address below, a written response pursuant to Local Rule 9013-1(H).

> Clerk of Court
> United States Bankruptcy Court
> 600 Granby Street, 4th Floor
> Norfolk, VA 23510

If you mail your response to the Court for filing, you must mail it to the address listed immediately above and early enough so that the Court will **receive** it within the time period stated above.

> You must also send a copy to:
>
> Boleman Law Firm, P.C.
> Convergence Center III
> 272 Bendix Road, Suite 330
> Virginia Beach, VA 23452

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief without further Notice or Hearing.

Barry W. Spear (VSB#39152)
Boleman Law Firm, P.C.
Convergence Center III
272 Bendix Road, Suite 330
Virginia Beach, VA 23452
Telephone: (757) 313-3000
Counsel for Debtors

Dated: April 28, 2020                        BOLEMAN LAW FIRM, P.C.

                                      By:    /s/ Barry W. Spear
                                              Barry W. Spear (VSB#39152)
                                              Boleman Law Firm, P.C.
                                              Convergence Center III
                                              272 Bendix Road, Suite 330
                                              Virginia Beach, VA  23452
                                              Telephone (757) 313-3000
                                              Counsel for Debtors


## **CERTIFICATE OF SERVICE**

      I certify that on April 28, 2020 I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtors, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, and to all creditors and parties in interest on the mailing matrix attached hereto.


                                              /s/ Barry W. Spear
                                              Counsel for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia**
**Norfolk Division**

In re: Tory Heath Hester                                                    Case No. 15-72418-FJS
      Etoy Antonnette Hester                                                                Chapter 13
      Debtors

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Boleman Law Firm, P.C. ("Boleman"), and respectfully requests that the Court allow Boleman and each of its respective lawyers to withdraw as counsel of record for Tory Heath Hester and Etoy Antonnette Hester ("Debtors") based upon the following reasons:

1. The Debtors filed this case on July 15, 2015.

2. Boleman agreed to represent Debtors in a case filed under Chapter 13 of the Bankruptcy Code. Pursuant to the engagement letter signed by the Debtors, Boleman limited its representation of the Debtors to a case filed under Chapter 13 of the United States Bankruptcy Code.

3. On July 27, 2015, the Debtors filed their original Chapter 13 Plan and an Order Denying Confirmation was entered by the Court on September 21, 2015.

4. On September 22, 2015, the Debtors' filed an Amended Plan which was confirmed by the Court on November 9, 2015.

5. On August 14, 2019, the Debtors filed the Second Amended Chapter 13 Plan. The Trustee filed an Objection to Confirmation.

6. The Confirmation Hearing was reinstated on the docket by the Court and continued.

Barry W. Spear (VSB#39152)
Boleman Law Firm, P.C.
Convergence Center III
272 Bendix Road, Suite 330
Virginia Beach, VA 23452
Telephone: (757) 313-3000
Counsel for Debtors

7. On January 24, 2020, the Court entered an Order to Show Cause as to Debtors. The hearing on the Order to Show Cause was set for February 7, 2020. At that hearing, counsel for the Debtors requested that this hearing be continued.

8. The hearing on the Order to Show Cause was held on April 21, 2020.

9. The hearing was conducted telephonically with Debtors' Counsel and Mrs. Hester having appeared from the same location via CourtSolutions, Mr. Hester having appeared via CourtSolutions, and counsel for the Trustee having appeared via CourtSolutions.

10. Debtors' Counsel indicated that in his opinion and based upon recent conversations with the Debtors, a Motion to Withdraw was necessary and should be filed. The Court gave Debtors' Counsel until April 28, 2020 to file this Motion to Withdraw.

11. A major issue is whether the Debtors' case should be dismissed with prejudice due to the timeliness of certain disclosures under the Second Amended Plan

12. It appears to Debtors' Counsel that a significant issue will be what did Debtors' Counsel know and when did they know it. The possibility exists that determination of this question would place Debtors' Counsel in a position where the continued representation would violate Boleman's obligations under the Virginia Rules of Professional Conduct.

13. Pursuant to Rule 3.7(a) of the Virginia Rules of Professional Conduct, a lawyer shall not act as an advocate in an adversarial proceeding in which the lawyer is likely to be a necessary witness.

14. The good faith of the Debtors' disclosures of their income and expenses is a critical issue before the Court. Part of that inquiry is the extent of Debtors' Counsels'

knowledge of the increased income and expenses.

15. Under the circumstances, it appears extremely likely that Debtors' Counsels may be called as a witness in this proceeding.

16. Pursuant to Rule 1.16(a)(1) of the Virginia Rules of Professional Conduct, lawyers shall withdraw from representing a client if the representation "will result in violation of the Rules of Professional Conduct or other law."

17. Furthermore, pursuant to Rule 1.16(b)(6) of the Virginia Rules of Professional Conduct, lawyers may withdraw from representation if "good cause for withdrawal exists."

18. It is further Debtors' Counsel understanding that under all the circumstances, the Debtors' wish to obtain new counsel.

19. Under all the circumstances of this case, Boleman Law Firm, P.C. is unable to represent the Debtors in a manner compliant with the requirements of this Court in this case, and the professional requirements set forth by the State Bar of Virginia.

WHEREFORE Boleman Law Firm, P.C., and its respective lawyers request that this Honorable Court enter an Order permitting the Boleman Law Firm, P.C., and its lawyers to withdraw as counsel of record and grant any further relief that the Court deems to be just and proper under the circumstances.

        **Boleman Law Firm P.C**.

By:    /s/ Barry W. Spear
         Barry W. Spear (VSB#39152)
         Boleman Law Firm, P.C.
         Convergence Center III
         272 Bendix Road, Suite 330
         Virginia Beach, VA  23452
         Telephone (757) 313-3000
         Counsel for Debtors

## CERTIFICATE OF SERVICE

    I certify that on April 28, 2020 I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, and to all creditors and parties in interest on the mailing matrix attached hereto.

        /s/ Barry W. Spear
        Counsel for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-2<br>Case 15-72418-FJS<br>Eastern District of Virginia<br>Norfolk<br>Tue Apr 28 15:35:47 EDT 2020 | Synchrony<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121-3132 | United States Bankruptcy Court<br>600 Granby St., Room 400<br>Norfolk, VA 23510-1915 |
| AES/Chase Bank<br>P.O. Box 61047<br>Harrisburg, PA 17106-1047 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Anesthesia Connections, LLC<br>12613 Chesdin Landing Drive<br>Chesterfield, VA 23838-3231 |
| Anesthesia Connections, LLC<br>C/O David Shane Smith<br>951 East Byrd St. 8th Fl<br>Richmond, VA 23219-4055 | Barclays Bank Delaware<br>P.O. Box 8833<br>Wilmington, DE 19899-8833 | CERASTES, LLC<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| COMENITY CAPITAL BANK/PAYPAL CREDIT<br>C/O WEINSTEIN & RILEY, P.S.<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Capital One Bank<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One Bank/Kohl's<br>P.O. Box 3115<br>Milwaukee, WI 53201-3115 | Capital One NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (p)CHARTWAY FEDERAL CREDIT UNION<br>5700 CLEVELAND STREET<br>VIRGINIA BEACH VA 23462-1752 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Chesapeake General Hospital<br>P.O. Box 2028<br>Chesapeake, VA 23327-2028 | Chesapeake Regional Medical Center<br>C\O Focused Recovery Solutions<br>9701 Metropolitan Court, Ste B<br>Richmond, VA 23236-3690 |
| City of Virginia Beach<br>Office of City Treasurer<br>Bankruptcy Records<br>2401 Courthouse Drive, Building 1<br>Virginia Beach, VA 23456-9120 | Coastal Surgical Specialists<br>1120 First Colonial Rd. #203<br>Virginia Beach, VA 23454-2418 | Credit Control Corporation<br>11821 Rock Landing Drive<br>Newport News, VA 23606-4225 |
| Creditors Collection Serv.<br>4530 Old Cave Spring Rd.<br>Roanoke, VA 24018-3423 | (p)DEBT COLLECTION PARTNERS<br>WES MON BUILDING 2<br>11 COMMERCE DRIVE<br>STE 208<br>WESTOVER WV 26501-3858 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Dept of Ed/Navient<br>300 Continental Drive<br>Newark, DE 19713-4322 | Dept of Ed/Sallie Mae<br>300 Continental Drive<br>Newark, DE 19713-4322 | Emergency Phys. of Tidewater<br>4092 Foxwood Dr., Ste 101<br>Virginia Beach, VA 23462-5225 |
| Equidata<br>P.O. Box 6610<br>Newport News, VA 23606-0610 | (p)FOCUSED RECOVERY SOLUTIONS<br>9701 METROPOLITAN COURT<br>STE B<br>RICHMOND VA 23236-3690 | (p)ASCENDIUM EDUCATION SOLUTIONS INC<br>2501 INTERNATIONAL LANE<br>MADISON WI 53704-3180 |

| | | |
|---|---|---|
| Internal Revenue Service<br>Proceedings & Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kelvin Sealy<br>427 Burr Oak Court<br>Virginia Beach, VA 23454-3333 | Midland Credit Management, Inc. as agent for<br>MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Navient Solutions<br>300 Continental Drive<br>Newark, DE 19713-4322 | (p)ASCENDIUM EDUCATION SOLUTIONS INC<br>PO BOX 8961<br>MADISON WI 53708-8961 | Navient Solutions, Inc.<br>Department of Education Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, PA 18773-9635 |
| Navient Solutions, Inc.<br>P.O. Box 9640<br>Wilkes-Barre, PA 18773-9640 | Navient Solutions, Inc. On Behalf of<br>Educational Credit Management Corp<br>P.O. box 16408<br>Saint Paul, MN 55116-0408 | Office of the U.S. Trustee<br>200 Granby Street<br>Suite 625<br>Norfolk, VA 23510-1814 |
| Pathology Sciences Med. Group<br>P.O. Box 79671<br>Baltimore, MD 21279-0671 | SYNCB/Amazon<br>P.O. Box 965015<br>Orlando, FL 32896-5015 | SYNCB/CareCredit<br>P.O. Box 965015<br>Orlando, FL 32896-5015 |
| SYNCB/TJX<br>P.O. Box 965015<br>Orlando, FL 32896-5015 | SYNCHRONY BANK<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121-3132 | Sentara Collections<br>535 Independence Pkwy<br>Suite 700<br>Chesapeake, VA 23320-5192 |
| Sentara Collections<br>P.O. Box 79777<br>Baltimore, MD 21279-0777 | Sentara Healthcare<br>P.O. Box 1875<br>Norfolk, VA 23501-1875 | Sentara Home Care Svcs<br>P.O. Box 791124<br>Baltimore, MD 21279-1124 |
| Specialized Orthopedic Serv.<br>13700 St. Francis Blvd<br>Suite 601<br>Midlothian, VA 23114-3223 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | U.S. Attorney's Office<br>Suite 8000<br>101 West Main Street<br>Norfolk VA 23510-1651 | Verizon Virginia Inc.<br>500 Technology Drive, #550<br>Weldon Springs, MO 63304-2225 |
| Verizon Wireless<br>P.O. Box 26055<br>Minneapolis, MN 55426-0055 | Virginia Department of Taxatio<br>Bob McDonnell, Attorney Gen<br>900 E. Main St<br>Richmond, VA 23219-3524 | (p)VIRGINIA DEPARTMENT OF TAXATION<br>P O BOX 2156<br>RICHMOND VA 23218-2156 |
| Barry W. Spear<br>Boleman Law Firm, P.C.<br>Convergence Center III<br>272 Bendix Road<br>Suite 330<br>Virginia Beach, VA 23452-1367 | Etoy Antonnette Hester<br>4111 Pitch Pine Ct<br>Virginia Beach, VA 23452-2347 | Kathryne Mary Rose Shaw<br>Boleman Law Firm<br>272 Bendix Road, Suite 330<br>Virginia Beach, VA 23452-1367 |

| | | |
|---|---|---|
| Matthew R. Hahne<br>Boleman Law Firm, P.C.<br>Convergence Center III<br>272 Bendix Road<br>Suite 330<br>Virginia Beach, VA 23452-1367 | R. Clinton Stackhouse Jr.<br>Chapter 12/13 Trustee<br>341 Dial 866-619-3642 Code: 3054410<br>7021 Harbour View Boulevard Suite 101<br>Suffolk, VA 23435-2869 | Sarah Ramage Clarson<br>Boleman Law Firm<br>Convergence Center III<br>272 Bendix Road<br>Suite 330<br>Virginia Beach, VA 23452-1367 |
| Tory Heath Hester<br>4111 Pitch Pine Ct<br>Virginia Beach, VA 23452-2347 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chartway Federal Credit Union<br>160 Newtown Road<br>Virginia Beach, VA 23462 | (d)Chartway Federal Credit Union<br>160 Newtown Road<br>Virginia Beach, VA 23462-2408 | Chase Card Services<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |
| Debt Collection Partners, LLC<br>1109 Van Voorhis Rd.<br>Suite 201<br>Morgantown, WV 26505-0000 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Focused Recovery Solutions<br>9701 Metropolitan Court, #B<br>Richmond, VA 23236-0000 |
| GLHEC & Affiliates: GLHEGC, NELA, USAF<br>PO Box 8961<br>Madison WI 53708-8961 | Navient Solutions Inc. on behalf of USAF<br>Attn: Bankruptcy Litigation Unit E3149<br>P.O. Box 9430<br>Wilkes-Barre, PA 18773-9430 | Springleaf Financial<br>P.O. Box 9258<br>Virginia Beach, VA 23450-9258 |
| (d)Springleaf Financial Services<br>PO Box 3251<br>Evansville, IN 47731 | Toyota Motor Leasing<br>19001 S. Western Avenue<br>Torrance, CA 90501-0000 | Virginia Dept of Taxation<br>Janie Bowen, Comissioner<br>P O Box 1115<br>Richmond, VA 23218-1115 |
| (d)WEBBANK/DFS<br>1 Dell Way<br>Round Rock, TX 78682-0000 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Chartway Federal Credit Union | (u)Internal Revenue Service | (d)Virginia Dept of Taxation<br>P.O. Box 2156<br>Richmond, VA 23218-2156 |

**End of Label Matrix**

Mailable recipients    63
Bypassed recipients     3
Total                  66